Horace GANT, Plaintiff–Appellant,

v.

DEPARTMENT OF CORRECTIONS; Roy Cooper, Attorney General for the State of North Carolina, Defendants–Appellees.

No. 02–7785.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 6, 2003.

Decided Feb. 12, 2003.

Horace Gant, Appellant Pro Se.

Before WILKINS, MICHAEL, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Horace Gant appeals the district court's orders dismissing his 42 U.S.C. § 1983 (2000) complaint as frivolous; and denying his Fed.R.Civ.P. 60(b) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Gant v. Dep't of Corr.*, No. CA–02–627–5–H (E.D.N.C. filed Sept. 27, 2002 & entered Oct. 1, 2002; filed Nov. 4, 2002 & entered Nov. 5, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the ma-

---

* Judge Wilkins did not participate in consideration of this case. The opinion is filed by a quorum of the panel pursuant to 28 U.S.C. § 46(d) (2000).

terials before the court and argument would not aid the decisional process.

*AFFIRMED.*

Nov. 5, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*